No. 96–523. SALINAS *v.* UNIVERSITY OF TEXAS-PAN AMERICAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–524. YOHN *v.* BOARD OF REGENTS, UNIVERSITY OF MICHIGAN, ET AL. Ct. App. Mich. Certiorari denied.

No. 96–527. POWER *v.* ALEXANDRIA PHYSICIANS GROUP, LTD., ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–528. SMITH *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–533. BROWN *v.* SANFORD, INDIVIDUALLY AND DBA TOMMIE RAY'S. C. A. 5th Cir. Certiorari denied.

No. 96–535. SCHLEY *v.* COLLEGE OF CHARLESTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–537. HERVEY ET AL., PARENTS AND NATURAL GUARDIANS OF HERVEY, DECEASED *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 96–549. TOVAR *v.* IBP, INC. C. A. 10th Cir. Certiorari denied.

No. 96–551. G●UB●MK CONSTRUCTORS *v.* REICH, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 96–558. COPY-MOR, INC., ET AL. *v.* CALIFORNIA PACIFIC MEDICAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 96–564. HALL *v.* AMERICAN NATIONAL RED CROSS. C. A. 9th Cir. Certiorari denied.

No. 96–573. FLORIDA LEAGUE OF PROFESSIONAL LOBBYISTS, INC. *v.* MEGGS, STATE ATTORNEY FOR THE SECOND JUDICIAL CIRCUIT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 96–581. OVERMYER ET UX. *v.* MEEKER, EXECUTOR OF THE ESTATE OF MEEKER, DECEASED, ET AL. Ct. App. Ind. Certiorari denied.